OKWD Revised AO 442 (1/16/15)

10891299
1964-0523-0979J

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
v. ) Case Number: CR-19-144-D
)
)
Eagle Soldier Frank Lewis )
_Defendant_ )

**ARREST WARRANT**

RECEIVED
May 22, 2019 3:05pm
U.S MARSHALS W/OK

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Eagle Soldier Frank Lewis

who is accused of an offense or violation based on the following document filed with the court:

SEALED
[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:
18:1153 & 18:2244(a)(5) ABUSIVE SEXUAL CONTACT
(1)

Kathleen Thompson, Deputy Clerk
Oklahoma City, Oklahoma

WARRANT ISSUED:
11:10 am, May 22, 2019
CARMELITA REEDER SHINN, Clerk

By: _(signature)_
Deputy Clerk

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

ARRESTED ON: 6-10-19
WITHIN THE W DISTRICT OF OK
BY: BIA, Agent Ware

_Arresting officer's signature_

_Printed name and title_